TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
STEVEN W.  MYHRE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
steven.myhre@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER MICHAEL BAEHR<br><br>Defendant. | Case No. 3:25-CR-00002-MMD-CSD<br><br><br><br>**NOTICE OF APPEARANCE** |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that Steve Myhre, Assistant United States Attorney has been assigned as counsel in the above captioned case.

DATED this 13TH  day of  JULY 2026

Respectfully submitted,

/s/Todd Blanche_____
Acting Attorney General

/s/ *Steven W. Myhre*
Steven W. Myhre
Assistant United States Attorney

1